UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICIA MCEACHRANE,
    Plaintiff,
v.
                                  CASE NO. 3:14-cv-241-J-20JBT

PROSPER FUNDING LLC,
    Defendant.
_____/

## ORDER

This matter is *sua sponte* before this Court. The Complaint in this action was filed on February 28, 2014, (Dkt. 1), but Plaintiff failed to effect proper service on Defendants within the 120 days allowed by the Federal Rules. Therefore, this Court issued a Show Cause Order (Dkt. 4) directing Plaintiff to explain why the Complaint should not be dismissed without prejudice for the failure to prosecute, pursuant to the Local Rules of this Court. Despite being cautioned that failure to respond to the Order could result in the dismissal of this action, Plaintiff has not responded.

Accordingly it is **ORDERED**:

1. This Court's Show Cause Order (Dkt. 4) is **DISCHARGED**;

2. This case is dismissed without prejudice; and

3. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of March, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Kathy L. Houston, Esq.